UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL ALEJANDRO HERNANDEZ CACERES, | § § § | |
| *Plaintiff,* | § § § | Civil Action No. 3:25-CV-3167-X |
| v. | § § | |
| THOMAS BERGAMI et al., | § § § | |
| *Defendants.* | | |

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order (TRO) (Doc. 5), filed November 26. 2025.  Rule 65 of the Federal Rules of Civil Procedure provide that notice should be provided to the opposing party before a Temporary Restraining Order is issued. Plaintiff seeks to obtain an *ex parte* order, however Plaintiff has failed to carry its burden for relief to be granted without notice. Accordingly, Plaintiff is directed to provide notice of its request to Defendant in a manner designed to apprise them of it and shall file a pleading on the docket of this case explaining how it provided Defendant with notice.  The Court **DIRECTS** Plaintiff to provide the Court with proof of service within twenty-four hours (24) of the issuance of this Order.[1]

Additionally, to expeditiously resolve the issues presented, the Court **ORDERS** expedited briefing.  Plaintiff shall submit its brief by December 10, 2025, at midnight.  Defendant by December 17, 2025, at midnight.

---

[1] *See* FED. R. CIV. P. 65(b)(1)(B).

1

**IT IS SO ORDERED** this 26th day of November, 2025.


_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE