UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIEL ALEJANDRO HERNANDEZ CACERES, § § § *Plaintiff*, § § § v. § § THOMAS BERGAMI et al., § § § *Defendants*. § | Civil Action No. 3:25-CV-3167-X |

# ORDER

Before the Court is Plaintiff Daniel Alejandro Hernandez Caceres's Motion for Temporary Restraining Order (TRO). (Doc. 5).

To receive a TRO, a plaintiff must establish:

(1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury if the injunction is not issued, (3) that the threatened injury if the injunction is denied outweighs any harm that will result if the injunction is granted, and (4) that the grant of an injunction will not disserve the public interest.[1]

TROs are "extraordinary relief and drastic remedy and rarely issued."[2] Accordingly, the "burden of proof is a heavy one."[3] Having considered Caceres's motion, the Court finds that the Caceres has failed to meet that heavy burden and **DENIES** the motion.

**IT IS SO ORDERED** this 14th day of January, 2026.

---

[1] *Janvey v. Alguire*, 647 F.3d 585, 595 (5th Cir. 2011).

[2] *Greer's Ranch Café v. Guzman*, 540 F. Supp. 3d 638, 644 (N.D. Tex. 2021) (O'Connor, J.).

[3] *Trinity USA Operating, LLC v. Barker*, 844 F. Supp. 2d 781, 788 (S.D. Miss. 2011).

1

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2